IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN A. MITAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 12-cv-905-JPG-CJP ) |
| CAROLYN W. COLVYN, | ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff John A. Mitan and against defendant Carolyn W. Colvyn, Acting Commissioner of Social Security.

DATED:  February 25, 2013

NANCY J. ROSENSTENGEL

BY: s/Deborah Agans
    Deputy Clerk

**APPROVED:**

**s/ J. Phil Gilbert**
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**